UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TIM FOOTE,
       Plaintiff,
v.
                                                                 Case No: 6:20-cv-1433-Orl-40GJK

TRANS UNION LLC,
       Defendant.       /

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

**X**    IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

            * **CLOSED** civil action:  Foote v. F.H. Cann & Associates, Inc.,
            Case No.  6:20-cv-00325-WWB-LRH;
            Filed in the U.S. District Court for the Middle District of Florida
            on February 25, 2020; Order dismissing case issued on April 17, 2020.

_____    IS    NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: __8/20/2020__

By: __Tim Foote, pro se__

TIM FOOTE, PLAINTIFF
3208-C EAST COLONIAL DRIVE
UNIT 159
ORLANDO, FLORIDA, 32803
407-633-9297
withoutrecourse@protonmail.com