UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TIM FOOTE,
      Plaintiff,

v.                                       Case No: 6:20-cv-1433-Orl-40GJK

TRANS UNION LLC,
      Defendant.    /

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    * TIM FOOTE, PLAINTIFF

    * TRANS UNION LLC, DEFENDANT

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    *None identified at this time.*

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    *None identified at this time.*

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    TIM FOOTE, PLAINTIFF

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date: 8/20/2020

By: Tim Foote, pro se

TIM FOOTE, PLAINTIFF
3208-C EAST COLONIAL DRIVE
UNIT 159
ORLANDO, FLORIDA, 32803
407-633-9297
withoutrecourse@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify that the above document entitled PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT was filed today with the Clerk of Court via the United States Postal Service (U.S.P.S.), and that a copy was conveyed to the Defendant via the U.S.P.S. regular mail to the address indicated below:

TRANS UNION LLC
555 WEST ADAMS STREET
CHICAGO, ILLINOIS, 60661

Date: 8/20/2020

By: Tim Foote, pro se

TIM FOOTE, PLAINTIFF
3208-C EAST COLONIAL DRIVE
UNIT 159
ORLANDO, FLORIDA, 32803
407-633-9297
withoutrecourse@protonmail.com