IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TIM FOOTE,

        Plaintiff,

v.                                                          Case No. 6:20-CV-01433-PGB-GJK

TRANS UNION LLC,

        Defendants.
_____/

**DEFENDANT TRANS UNION LLC'S CERTIFICATE OF
INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Defendant Trans Union LLC ('Trans Union"), and hereby discloses the following:

1. **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:**

    A.    Tim Foote, Plaintiff *Pro Se*

    B.    Trans Union LLC, Defendant

    D.    Charlotte Long, Quilling, Selander, Lownds, Winslett & Moser, P.C., Counsel for Defendant Trans Union LLC

    E.    Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly traded entity, own more than 10% of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

2. **The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

    None known at this time.

3. **The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

1

None known at this time.

4. **The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

Trans Union denies that it has any liability in this matter. Other than the parties to this lawsuit, Trans Union is unaware of any alleged victims.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,

*/s/ Charlotte Long*
Charlotte Long
Florida Bar No. 0112517
QUILLING, SELANDER, LOWNDS
WINSLETT & MOSER, P.C.
6900 N Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5461
Facsimile: (214) 871-2111
clong@qslwm.com
**COUNSEL FOR TRANS UNION LLC**

2

4607163.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of October 2020, the foregoing document is being served this day via U.S. First Class Mail and Electronic Mail to the following non-CM/ECF participant:

Tim Foote
withoutrecourse@protonmail.com
3208-C East Colonial Drive
Unit 159
Orlando, FL 32803
(407) 633-9297
*Plaintiff Pro Se*

                                              */s/ Charlotte Long*
                                              Charlotte Long