IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TIM FOOTE,

    Plaintiff,

v.

TRANS UNION LLC,

    Defendants.

Case No. 6:20-CV-01433-PGB-GJK

_____/

**DEFENDANT TRANS UNION LLC'S**
**NOTICE OF PENDENCY OF RELATED ACTIONS**

In accordance with Local Rule 1.04(d), I hereby certify that the instant action:

____ IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

_____

_____

_X_ IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen (14) days after appearance of the party.

4607165.1

1

Respectfully submitted,

*/s/ Charlotte Long*
Charlotte Long
Florida Bar No. 0112517
QUILLING, SELANDER, LOWNDS
WINSLETT & MOSER, P.C.
6900 N Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5461
Facsimile: (214) 871-2111
clong@qslwm.com
**COUNSEL FOR TRANS UNION LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of October 2020, the foregoing document is being served this day via U.S. First Class Mail and Electronic Mail to the following non-CM/ECF participant:

Tim Foote
withoutrecourse@protonmail.com
3208-C East Colonial Drive
Unit 159
Orlando, FL 32803
(407) 633-9297
*Plaintiff Pro Se*

*/s/ Charlotte Long*
Charlotte Long

2

4607165.1