UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TIM FOOTE,
        Plaintiff,

v.                              Case No: 6:20-cv-1433-Orl-40GJK

TRANS UNION LLC,
        Defendant.      /



## CERTIFICATE OF SERVICE

I hereby certify that a copy of the PLAINTIFF'S document entitled **NOTICE OF PENDENCY OF OTHER ACTIONS** (Document 5) was conveyed to the Defendant via the U.S.P.S. regular mail to the address indicated below:

QUILLING, SELANDER, LOWNDS
WINSLETT & MOSER, P.C.
6900 N Dallas Parkway, Suite 800
Plano, Texas 75024
Charlotte Long, Counsel for Defendant

Date: 10/12/2020          By: Tim Foote, pro se

TIM FOOTE, PLAINTIFF
3208-C EAST COLONIAL DRIVE
UNIT 159
ORLANDO, FLORIDA, 32803
407-633-9297
withoutrecourse@protonmail.com