UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TIM FOOTE,

        Plaintiff,

v.                                                                    Case No: 6:20-cv-1433-Orl-40GJK

TRANS UNION LLC,

        Defendant.
_____/

**ORDER**

This cause is before the Court on the Case Management Report filed by the parties (Doc. 17). The report indicates that the parties have not yet agreed on a mediator. Therefore, the parties are directed to confer and advise the Court on the selection of a mediator within fourteen (14) days from the date of this Order.

**DONE AND ORDERED** in Orlando, Florida on November 23, 2020.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties