IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TIM FOOTE,

    Plaintiff,

v.                                    Case No. 6:20-CV-01433-PGB-GJK

TRANS UNION LLC,

    Defendants.

_____/

## NOTICE OF SELECTION OF MEDIATOR

PLEASE BE ADVISED that Defendant Trans Union LLC conferred with Plaintiff Tim Foote and the parties agree that this case shall be scheduled for mediation to be held before H. David Luff, on or before November 15, 2021. The parties are still coordinating the exact date, time, and location for the mediation and will file a separate notice with such information as required by the Court's Case Management and Scheduling Order. (Dkt. 18).

Respectfully submitted,

*/s/ Charlotte Long*
Charlotte Long
Florida Bar No. 0112517
QUILLING, SELANDER, LOWNDS
WINSLETT & MOSER, P.C.
6900 N Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5461
Facsimile:  (214) 871-2111
clong@qslwm.com
**COUNSEL FOR TRANS UNION LLC**

4607165.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of December 2020, the foregoing document is being served this day via U.S. First Class Mail and Electronic Mail to the following non-CM/ECF participant:

Tim Foote
withoutrecourse@protonmail.com
3208-C East Colonial Drive
Unit 159
Orlando, FL 32803
(407) 633-9297
*Plaintiff Pro Se*

            */s/ Charlotte Long*
            Charlotte Long

2