IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TIM FOOTE,

          Plaintiff,

v.                                     Case No. 6:20-CV-01433-PGB-GJK

TRANS UNION LLC,

          Defendants.
_____/

**<u>DEFENDANT TRANS UNION LLC'S MOTION FOR ADMISSION *PRO HAC VICE*</u>**

The undersigned, on behalf of Defendant Trans Union LLC, requests admission *pro hac vice* of Sarah Sublett to appear specially in this Court in the above-referenced cause. This motion is brought pursuant to Local Rule 2.01 of the Local Rules of the United States District Court for the Middle District of Florida. Grounds for this motion are as follows:

1. Sarah Sublett is an attorney practicing with the firm of Quilling, Selander, Lownds, Winslett & Moser, P.C., 6900 N. Dallas Parkway, Suite 800, Plano, Texas 75024.

2. Ms. Sublett is not a resident of Florida and in fact resides in Frisco, Texas.

3. Ms. Sublett is a member in good standing of the State Bar of Texas.

4. Ms. Sublett is a member in good standing of the following Courts:

| Court | Admission Date | Bar Number |
|---|---|---|
| Supreme Court of Texas | 05/02/2008 | 24062788 |
| Northern District of Texas | 05/01/2013 | |
| District of Colorado | 07/06/2018 | |
| Western District of Texas | 12/2018 | |
| Southern District of Texas | 09/25/2019 | 3449293 |
| Eastern District of Texas | 11/05/2019 | |

1

4124030.1

5. Ms. Sublett has not abused the privilege of special admission by maintaining a regular practice of law in the State of Florida.  She has appeared in the following cases in the Federal Courts of Florida in the past thirty-six (36) months as follows:

| **Middle District of Florida** | Date |
|---|---|
| 8:18-cv-02476MSS-SPF; Rolack v. Trans Union, LLC | 03/19/2019 |
| 8:19-cv-00037-SDM-JSS; Frechette v. National Credit Systems, Inc., et al | 06/24/2019 |
| 3:19-cv-00116-MMH-MCR; Wintz v. Warfield, Inc. et al | 07/26/2019 |
| 6:19-cv-01245-PGB-EJK; Outlaw v. Cortrust Bank, NA, et al | 05/04/2020 |
| **Northern District of Florida** | Date |
| 1:20-cv-00150-AW-GRJ; Fender V. Capital One Bank USA NA, et al | 07/28/2020 |
| **Southern District of Florida** | Date |
| 0:18-cv-62341-CMA; Alegria v. Healthcare Revenue Recovery, LLC, et al | 02/14/2019 |
| 1:19-cv-21238-CMA; Caspi v. Equifax Information Services, LLC, et al | 09/27/2019 |
| 0:19-cv-61727-RS; Arnett v. Trans Union LLC et al | 12/03/2019 |

6. Ms, Sublett has not appeared in any state court cases in Florida.

7. Sarah Sublett certifies that she has studied the Federal Rules of Evidence, the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Local Rules of the Middle District of Florida.

8. Ms. Sublett's mailing address and email address to which copies of all further pleadings, motions, notices, orders of court and other papers may be served is:

> Sarah Sublett
> Quilling, Selander, Lownds, Winslett & Moser, P.C.
> 6900 N. Dallas Parkway, Suite 800
> Plano, Texas 75024
> ssublett@qslwm.com

9. The undersigned, Charlotte Long, is a member of the bar of the United States District Court for the Middle District of Florida and is hereby designated and consents to act as

local counsel and the individual to whom all notices and papers may be served in the above-styled cause and who will be responsible for the progress of the case pursuant to Local Rule 2.02(a)(1).

## MEMORANDUM OF LAW

This motion is made pursuant to Rule 2.01 of the Local Rules of the United States District Court for the Middle District of Florida.

WHEREFORE, Defendant, Trans Union, LLC, respectfully moves this Court for an Order permitting Sarah Sublett to appear specially as counsel for record on behalf of Trans Union LLC.

        Respectfully submitted,

        */s/ Charlotte Long*
        Charlotte Long
        Florida Bar No. 0112517
        QUILLING, SELANDER, LOWNDS
        WINSLETT & MOSER, P.C.
        6900 N. Dallas Parkway, Suite 800
        Plano, Texas 75024
        Telephone: (214) 560-5461
        Facsimile:  (214) 871-2111
        clong@qslwm.com
        **COUNSEL FOR TRANS UNION LLC**

## CERTIFICATE OF CONFERENCE

The undersigned attorney hereby certifies that prior to filing this motion, counsel for Defendant has conferred with *pro se* Plaintiff and, pursuant to Local Rule 3.01(g), has been authorized to state that Plaintiff has no objection thereto.

*/s/ Charlotte Long*
Charlotte Long

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of February 2021, the foregoing document is being served this day via U.S. First Class Mail and Electronic Mail to the following non-CM/ECF participant:

Tim Foote
withoutrecourse@protonmail.com
3208-C East Colonial Drive
Unit 159
Orlando, FL 32803
(407) 633-9297
*Plaintiff Pro Se*

*/s/ Charlotte Long*
Charlotte Long

4

4124030.1