IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TIM FOOTE,

          Plaintiff,

v.                                                                                  Case No. 6:20-cv-01433-PGB-GJK

TRANS UNION LLC,

          Defendant.

_____/

### STIPULATION OF DISMISSAL WITH PREJUDICE OF TRANS UNION LLC

TO THE HONORABLE JUDGE PAUL G. BYRON:

    Plaintiff Tim Foote, and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

    There are no longer any issues in this matter between Tim Foote and Trans Union LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

    Respectfully submitted,

*/s/ Sarah Holt Sublett*
Charlotte Long
Florida Bar No. 0112517
clong@qslwm.com
Sarah Holt Sublett (*Pro Hac Vice*)
Texas Bar No. 24062788
ssublett@qslwm.com
QUILLING, SELANDER, LOWNDS
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5450

1

Facsimile: (214) 871-2111
**Counsel for Trans Union LLC**

Respectfully submitted,

By: *Tim Foote*, pro se.
_____
Tim Foote
3208-C East Colonial Drive
Unit 159
Orlando, FL 32803
Telephone: (407) 633-9297
withoutrecourse@protonmail.com
**Plaintiff Pro Se**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of March 2021, the foregoing document is being served this day via U.S. First Class Mail and Electronic Mail to the following non-CM/ECF participant:

Tim Foote
withoutrecourse@protonmail.com
3208-C East Colonial Drive
Unit 159
Orlando, FL 32803
(407) 633-9297
*Plaintiff Pro Se*

                                              */s/ Sarah Holt Sublett*
                                              **Sarah Holt Sublett**