# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**TIM FOOTE,**

        **Plaintiff,**

**v.**                                **Case No: 6:20-cv-1433-PGB-GJK**

**TRANS UNION LLC,**

        **Defendant.**

        _____/

## ORDER

This cause comes before the Court on the parties' Stipulation of Dismissal With Prejudice (Doc. 26), March 19, 2021. The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Trans Union LLC are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

**DONE AND ORDERED** in Orlando, Florida on March 22, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties